JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEAN-BAUMANN,<br><br>          Petitioner,<br><br>   v.<br><br>JANELLE ESPINOZA, Warden,<br><br>          Respondent. | Case No. EDCV 17-2187 JAK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 26, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE